UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POKAGON BAND OF POTAWATOMI
INDIANS,

    Plaintiff,

v.

WWW.POKAGON-SECRETS.COM, et al.,

    Defendants.

                             /

Case No. 1:22-cv-36

Hon. Hala Y. Jarbou

## NOTICE OF IMPENDING DISMISSAL

The court records indicate that more than 60 days have passed from the filing of the above complaint and Defendants www.pokagon-secrets.com; Unknown Part(y)(ies); Domains by Proxy, LLC; and GoDaddy.com, LLC have not been served. This notice serves to inform Plaintiff that the action shall be dismissed without prejudice as to Defendants www.pokagon-secrets.com; Unknown Part(y)(ies); Domains by Proxy, LLC; and GoDaddy.com, LLC, unless Plaintiff completes service of process within 90 days after the filing of the complaint, in accordance with Fed. R. Civ. P. 4(m).

Dated:   March 22, 2022                                   /s/ Hala Y. Jarbou
                                                                    HALA Y. JARBOU
                                                                    UNITED STATES DISTRICT JUDGE